# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 07-10283 | Trustee Name: DENISE LITTLETON, Trustee |
| Case Name: Michael Jerome Turner | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX8435 |
| | Checking |
| Taxpayer ID No: | Blanket Bond (per case limit): $200,000.00 |
| For Period Ending: 12/26/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/26/16 | | US District Court<br>Mobile, AL | Overpayment of Restituition from Fraud Case<br>FedEx # 8094 3190 1320 | 1290-000 | $1,399.22 | | $1,399.22 |

| | | |
|---|---|---|
| COLUMN TOTALS | $1,399.22 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $1,399.22 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,399.22 | $0.00 |

Page Subtotals: $1,399.22   $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8435 - Checking | $1,399.22 | $0.00 | $1,399.22 |
|  | $1,399.22 | $0.00 | $1,399.22 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $1,399.22 |
| Total Gross Receipts: | $1,399.22 |

Trustee Signature:    /s/ DENISE LITTLETON, Trustee    Date: 12/26/2016

DENISE LITTLETON, Trustee
312-T Schillinger RD S
BOX 415
Mobile Al, 36608
(251) 304-0070