## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 07-10283 | Trustee Name: DENISE LITTLETON, Trustee |
| Case Name: Michael Jerome Turner | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX8435 |
| | Checking |
| Taxpayer ID No: XX-XXX4834 | Blanket Bond (per case limit): $200,000.00 |
| For Period Ending: 02/01/2021 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/26/16 | 22 | US District Court Mobile, AL | Overpayment of Restituition from Fraud Case FedEx # 8094 3190 1320 | 1149-000 | $1,399.22 | | $1,399.22 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,384.22 |
| 03/27/17 | 22 | US District Court Mobile, AL | Overpayment of Restituition from Fraud Case FedEx #8094 3190 0298 | 1149-000 | $300.00 | | $1,684.22 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,669.22 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,654.22 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,639.22 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,624.22 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,609.22 |
| 07/31/17 | 22 | US District Court | Payment for Restitution Fed Ex #8094 3190 0405- | 1149-000 | $400.00 | | $2,009.22 |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,994.22 |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,979.22 |
| 10/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,964.22 |
| 11/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,949.22 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 07-10283 | Trustee Name: DENISE LITTLETON, Trustee |
| Case Name: Michael Jerome Turner | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX8435 |
| | Checking |
| Taxpayer ID No: XX-XXX4834 | Blanket Bond (per case limit): $200,000.00 |
| For Period Ending: 02/01/2021 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,934.22 |
| 01/02/18 | 22 | U.S. Treasury Kansas City MO | Restitution payment | 1149-000 | $600.00 | | $2,534.22 |
| 01/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,519.22 |
| 02/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,504.22 |
| 03/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,489.22 |
| 04/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,474.22 |
| 05/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,459.22 |
| 06/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,444.22 |
| 07/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,429.22 |
| 08/02/18 | 22 | U S Treasury Kansas City, MO | Payment for Restitution Paid as restitution per U.S. District Court order relating to bankruptcy fraud. FedEx#8094 3190 0725 | 1249-000 | $1,400.00 | | $3,829.22 |
| 08/27/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,814.22 |
| 09/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,799.22 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 07-10283 | Trustee Name: DENISE LITTLETON, Trustee |
| Case Name: Michael Jerome Turner | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX8435 |
| | Checking |
| Taxpayer ID No: XX-XXX4834 | Blanket Bond (per case limit): $200,000.00 |
| For Period Ending: 02/01/2021 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,784.22 |
| 11/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,769.22 |
| 12/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,754.22 |
| 01/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,739.22 |
| 02/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,724.22 |
| 03/11/19 | | Transfer to Acct # xxxxxx0016 | Transfer of Funds | 9999-000 | | $3,724.22 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $4,099.22 | $4,099.22 |
| | Less: Bank Transfers/CD's | $0.00 | $3,724.22 |
| | Subtotal | $4,099.22 | $375.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $4,099.22 | $375.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 07-10283  
Case Name: Michael Jerome Turner  
Trustee Name: DENISE LITTLETON, Trustee  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0016  
Checking  
Taxpayer ID No: XX-XXX4834  
Blanket Bond (per case limit): $200,000.00  
For Period Ending: 02/01/2021  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/11/19 | | Transfer from Acct # xxxxxx8435 | Transfer of Funds | 9999-000 | $3,724.22 | | $3,724.22 |
| 06/22/19 | 22 | UNITED STATES TREASURY Kansas City, MO | Restitution payment UPS tracking number 1Z A25 51V 84 9125 5642 | 1149-000 | $2,000.00 | | $5,724.22 |
| 06/08/20 | | U.S. Treasury Kansas City, MO | Restitution payment UPS tracking # 1ZA2551V8492135869 | 1249-000 | $2,000.00 | | $7,724.22 |
| 09/30/20 | 22 | UNITED STATES TREASURY Kansas City, MO | Restitution payment UPS # 1Z A25 51V 84 9439 0231 | 1149-000 | $800.00 | | $8,524.22 |
| 02/01/21 | 22 | United States Treasury Kansas City, MO | Restitution payment UPS tracking 1Z A25 51V 84 9293 7627 | 1149-000 | $600.00 | | $9,124.22 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $9,124.22 | $0.00 |
| Less: Bank Transfers/CD's | $3,724.22 | $0.00 |
| Subtotal | $5,400.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,400.00 | $0.00 |

Page: 5

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0016 - Checking | $5,400.00 | $0.00 | $9,124.22 |
| XXXXXX8435 - Checking | $4,099.22 | $375.00 | $0.00 |
| | $9,499.22 | $375.00 | $9,124.22 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $9,499.22 |
| Total Gross Receipts: | $9,499.22 |

Trustee Signature:     /s/ DENISE LITTLETON, Trustee     Date: 02/01/2021

DENISE LITTLETON, Trustee
312-T Schillinger RD S
BOX 415
Mobile Al, 36608
(251)304-0070